# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELLEPIANE, an individual, and MARIA D. ROMALES, an individual,<br><br>Plaintiffs,<br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 8:22-cv-01676-FWS-DFM<br><br>*Assigned to District Judge: Fred W. Slaughter*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: June 25, 2024            By: _____
                                    Hon. Fred W. Slaughter,
                                    United States District Judge